FILED
2007 Jan-18 PM 01:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| DANA JOE BRYANT, | ) |
| Plaintiff, | ) |
| vs. | ) 5:05-cv-01658-JEO |
| LT. BRIAN BUEGLAR, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a Report and Recommendation on December 11, 2006, recommending that the defendants' motion for summary judgment be granted in part as to the following defendants: Cullman County Sheriff's Department; Cullman County Sheriff Tyler Roden; Lt. Brian Bueglar; Officer John Wayne Kee; Officer Jed Thomas; Officer Chris Westmoreland; Thirty-Second Judicial Circuit; and Judge Kim Chaney. (Doc. 37). The magistrate judge further recommended that the plaintiff be allowed to amend his complaint to adequately set forth facts regarding his remaining claims against the defendants Officer Matthew Gentry, Officer Jeff Clemmons, and Officer Doug Duke. (Doc. 37).

An Order to Amend the Complaint was entered along with the Report and Recommendation. (Doc. 36). The plaintiff was specifically ordered to set out fully, and in detail, the facts concerning (1) why the defendant officers' actions in coming on the plaintiff's property and searching his home were unlawful; (2) why the defendant officers had no justifiable reason to arrest the plaintiff; (3) the specific nature of the defendant officers' alleged assault on the plaintiff and what injuries he incurred, if any; and (4) any other facts probative of whether the defendant officers' conduct violated

the plaintiff's constitutional rights. (Doc. 36). In response to the court's Order to Amend, the plaintiff filed a "Plea for Summary Judgment and Immediate Release from Custody" on December 21, 2006. (Doc. 38).

In his "Plea for Summary Judgment," the plaintiff continues to make the same general and conclusory assertions that he is being incarcerated unlawfully and fails to provide any factual support whatsoever for the same. Additionally, the plaintiff attempts to assert claims against people and entities not named as defendants in this action and his allegations often border on being fanciful and delusional. The plaintiff has therefore failed to amend his complaint to adequately set forth his remaining claims against the defendants Officer Gentry, Officer Clemmons, and Officer Duke as ordered by the court. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the response filed by the plaintiff, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, the defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

**DONE** this the 18th day of January, 2007.

```
                              WILLIAM M. ACKER, JR.
                              UNITED STATES DISTRICT JUDGE
```